

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00440-CV

_____

IN RE KATHRYN COPELAND, Relator

_____

Original Proceeding
236th District Court of Tarrant County, Texas
Trial Court No. 236-363132-25

_____

Before Bassel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Relator Kathryn Copeland has filed a "Notice of Appeal (Re-Tendered)" and an "Appellant's Motion to Deem Notice of Appeal Timely Filed, or in the Alternative, Motion for Extension of Time to File Notice of Appeal under Rule 26.3," in which she also requested that we treat her motion, if necessary, as a petition for writ of mandamus under Section 11.102(f) of the Texas Civil Practice and Remedies Code. We consider Copeland's two documents as a petition for writ of mandamus. *See* Tex. Civ. Prac. & Rem. Code § 11.102(f).

The court has reviewed relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 9, 2026